■ In the Matter of DAVID MINDLIN, Petitioner, v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, et al., Respondents.— Determination

unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur— Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.